UNITED STATES of America,
Plaintiff–Appellee,

v.

Lemetrius Lamar MALONE,
Defendant–Appellant.

No. 12–12917
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 11, 2013.

Steven E. Butler, Gloria A. Bedwell, Kenyen Ray Brown, Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Paul David Brown, Attorney at Law, Mobile, AL, Lemetrius Lamar Malone, FCI Yazoo City Low, Yazoo City, MS, for Defendant–Appellant.

Before WILSON, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Paul D. Brown, counsel for Lemetrius Lamar Malone in this appeal of the revocation of Malone's supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED.** and Malone's revocation of supervised release and sentence are **AFFIRMED.**